**FILED IN OPEN COURT**
U.S.D.C. - Atlanta

JUN 1 6 2011

JAMES N. HATTEN, Clerk
By:_____
　　　　　Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL INFORMATION NO. |
| v. | : | |
| | : | 1:11-CR-292-RWS |
| THOMAS LYNN WEBB | : | |

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about January 8, 2011, in the Northern District of Georgia, the defendant, THOMAS LYNN WEBB, did by means of a telecommunications device, knowingly make telephone calls in interstate commerce within the state of Georgia, and did convey false information, knowing the same to be false, concerning an alleged attempt being made to unlawfully damage and destroy a building, namely, the Renaissance Concourse Atlanta Airport Hotel, 1 Hartsfield Center Parkway, Atlanta, Georgia, 30354, all with the intent to annoy, abuse,

threaten and harass the person at the called number, and others, in violation of Title 47, United States Code, Section 223(a)(1)(E).

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

*/s/ Katherine M. Hoffer*

KATHERINE MONAHAN HOFFER
ASSISTANT UNITED STATES ATTORNEY

600 United States Courthouse
75 Spring Street
Atlanta, Georgia 30335
(404) 581-6049(404) 581-6181 (FAX)
Georgia Bar Number 045737