# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

FILED IN OPEN COURT
U.S.D.C. - Atlanta

**JUN 1 6 2011**

JAMES N. HATTEN, Clerk
By: _____ Deputy C

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  1:11-CR-292-RWS |
| Thomas Lynn Webb | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____ 06/16/2011 _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Matthew Dodge
*Printed name of defendant's attorney*

_____
*Judge's signature*

Richard W. Story, United States District Court Judge
*Judge's printed name and title*